ACCEPTED
2012-06803
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 11:57:33 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00234-CV**

## In the Court of Appeals
## for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 11:57:33 PM
CHRISTOPHER A. PRINE
Clerk

*M&E Endeavours LLC,*

*Appellant,*

*vs.*

*Cintex Wireless LLC,*

*Appellee.*

---

**Appellant's Notice of Payment for the Court Reporter's Record**

Appellant M&E Endeavours LLC provides notice that it paid for the court reporter's record on May 28, 2015.

Respectfully submitted,

Triantaphyllis Law Firm

/s/ Anastassios Triantaphyllis

By:   Anastassios Triantaphyllis
State Bar No. 20213600
The Civil Justice Center
112 E. 4th Street
Houston, Texas 77007
Telephone No. (713) 240-7650
Telecopier No. (713) 520-8991
Email tasso@tasso.us
Attorney for M&E Endeavours LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was served upon counsel for Defendant Cintex Wireless LLC by and through its attorney of record, Nelson S. Ebaugh, Nelson S. Ebaugh, P.C., 2777 Allen Parkway, Suite 1, Houston, Texas 77019, telecopier (713) 739-0500, Email nebaugh@ebaughlaw.com, by telecopier, receipted hand delivery or certified first class mail on May 29, 2015.

/s/ Anastassios Triantaphyllis
Anastassios Triantaphyllis